## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **DARREN FOREMAN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **CITY OF FORT WORTH, a municipal** | § | Civil Action No. 4:13-CV-00526-Y |
| **corporation, TOM HIGGINS, KAREN** | § | |
| **MARSHALL, RACHAEL BUCKLEY,** | § | |
| **ANGELA SHERMAN, RICHARD** | § | |
| **ZAVALA, SANDRA YOUNGBLOOD,** | § | |
| **ANN MARIE MENDEZ, GEORGE** | § | |
| **KRUZIK, RALPH CANO, and DOUG** | § | |
| **HERRON, and Does 1 through 5, all in** | § | |
| **their individual and official capacities,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>DECLARATION OF RUSSELL D. CAWYER</u>

I, Russell D. Cawyer, hereby declare as follows under penalty of perjury:

1.      "I am an attorney duly licensed to practice in the State of Texas, and am a partner with the law firm of Kelly Hart & Hallman LLP ("Kelly Hart"), which has its offices and principal place of business at 201 Main Street, Suite 2500, Fort Worth, Texas 76102.  I have personal knowledge of all matters contained within this declaration and they are true and correct. I am over 21 years of age and am competent to make this declaration.

2.      "The firm of Kelly Hart was retained to represent Richard Zavala ("Defendant") in his individual capacity in his defense against claims brought by Darren Foreman in the above-styled cause of action.

3.      "I have been licensed to practice law in Texas since 1995.  I am board certified in labor and employment law by the Texas Board of Legal Specialization and am admitted to



**EXHIBIT**
**A**

1922502_1

practice in the Northern, Southern, Eastern and Western Districts of Texas, the Eastern District of Michigan, and the Circuit Courts of Appeals for the Fifth, Ninth and Tenth Circuits.

4.      "Paige P. Biggs, an associate who worked this matter, has been licensed to practice law since 2005.  She is admitted to practice in the Northern, Eastern, and Western Districts of Texas, and the Circuit Court of Appeals for the Ninth Circuit.

5.      "Ezra R. Kuenzi, an associate who worked on this matter, has been licensed to practice law since 2011.  He is admitted to practice in the Northern, Southern, Eastern, and Western Districts of Texas, and the Circuit Court of Appeals for the Fifth Circuit.

6.      "I have practiced in Tarrant County and in the Northern District of Texas for approximately 17 years.  I am familiar with the usual and customary rates charged for similar legal services performed in Tarrant County and particularly within the Northern District of Texas, Fort Worth Division.  I have based my opinions expressed in this declaration on my knowledge of the lawyers involved in handling this case.  I am the lawyer in charge of this file at Kelly Hart.

7.      "Kelly Hart keeps contemporaneous records of the hours spent and fees incurred on behalf of its clients.  Attached hereto as Exhibit A-1 are true and correct copies of Kelly Hart's billing records demonstrating the time incurred by Kelly Hart for the defense of Mr. Zavala in this case.  The attorneys and paralegal at our firm spent the time stated doing the work described which was exclusively performed in the defense of Plaintiff's lawsuit against Mr. Zavala.  The time that is documented in Exhibit A-1 to this declaration is reasonable and necessary for Kelly Hart's defense of Mr. Zavala in this case.  I certify that the business records of Kelly Hart attached to this declaration as Exhibit A-1 (a) were made by, or from information transmitted by, a person with knowledge of the events or conditions recorded; (b) were made at

or near the time of the events or conditions recorded; (c) were kept in the regular course of Kelly Hart's business; and (d) were made in the regular course of Kelly Hart's business.

8.    "A reasonable and customary rate of an attorney with my similar background, knowledge, training and experience would charge for the services I rendered in this matter is between $365.00 and $405.00 per hour.  Because I elected to give Mr. Zavala a discounted rate in this case for my services ($250.00 per hour), I am seeking an award of fees below what I believe is reasonable and customary in the Northern District of Texas.

9.    "A reasonable and customary rate of an attorney with Ms. Biggs' similar background, knowledge, training and experience would charge for the services she rendered in this matter is between $250.00 and $325.00 per hour.  Because I elected to give Mr. Zavala a discounted rate in this case for Ms. Biggs' services ($150.00 per hour), I am seeking an award of fees below what I believe is reasonable and customary in the Northern District of Texas.

10.    "A reasonable and customary rate of an attorney with Mr. Kuenzi's similar background, knowledge, training and experience would charge for the services he rendered in this matter is between $210.00 and $250.00 per hour.  Because I elected to give Mr. Zavala a discounted rate in this case for Mr. Kuenzi's services ($150.00 per hour), I am seeking an award of fees below what I believe is customary in the Northern District of Texas.

11.    "A reasonable and customary rate a paralegal would charge for the services rendered by Victoria Anderson, Kelly Hart's paralegal assigned to this matter, in this matter is between $160.00 and $190.00 per hour.  Because I elected to give Mr. Zavala a discounted rate in this case for Ms. Anderson's services ($75.00 per hour), I am seeking an award of fees below what I believe is reasonable and customary in the Northern District of Texas.

12.    "The award of attorneys' fees requested by Mr. Zavala is $20,526.50, an amount which is below what would be reasonable and customary for a prevailing party's attorney in a

civil rights or employment discrimination case.  However, because I provided Mr. Zavala with a discounted rate, I am limited my fee request to the actual fees billed on behalf of defending Mr. Zavala.

13.     "Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 30, 2015.

Russell D. Cawyer

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

December 23, 2013
Invoice #399633

Client # 10189
Matter # 10189.0101
        Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through November 30, 2013

| | | | | |
|---|---|---|---|---|
| 11/04/13 | R. Cawyer | Telephone conference with regarding ; revisions to | .25 | $62.50 |
| 11/04/13 | A. Biggs | Email correspondence with clients regarding | .15 | $22.50 |
| 11/05/13 | R. Cawyer | Review and revise and forward same to | .10 | $25.00 |
| 11/05/13 | R. Cawyer | Telephone conference with regarding | .05 | $12.50 |
| 11/05/13 | R. Cawyer | Research connected with | .65 | $162.50 |
| 11/05/13 | A. Biggs | Draft Motion to Dismiss, Brief in Support and Conditional Motion for Sanctions. | 3.50 | $525.00 |
| 11/06/13 | R. Cawyer | Review and revisions to motion to dismiss; | .30 | $75.00 |
| 11/06/13 | R. Cawyer | Telephone conference with regarding | .15 | $37.50 |



EXHIBIT
A-1

Kelly Hart & Hallman LLP

Richard Zavala                                    Dec 23, 2013
Matter # 10189.0101                               Invoice #399633
Darren Foreman                                    Page   2

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/13 | A. Biggs | Review and revise Motion to Dismiss and Conditional Motion for Sanctions; research regarding same; email correspondence with regarding | 1.95 | $292.50 |
| 11/06/13 | V. Anderson | Add a certificate of conference to defendants motion to dismiss and motion for sanctions; prepare order granting same motion. | .25 | $18.75 |
| 11/07/13 | R. Cawyer | Review and revise motion to dismiss and brief in support on limitations issues; | .50 | $125.00 |
| 11/07/13 | R. Cawyer | Review Cano defendants' motion to dismiss; | .15 | $37.50 |
| 11/07/13 | A. Biggs | Review and revise Motion to Dismiss and Conditional Motion for Sanctions. | 2.85 | $427.50 |
| 11/08/13 | A. Biggs | Email correspondence with client regarding review same; email correspondence with Russell Cawyer regarding attempt to contact opposing counsel via telephone to confer on same. | .65 | $97.50 |
| 11/11/13 | R. Cawyer | Review answer of Mendez and Youngblood; | .05 | $12.50 |
| 11/11/13 | A. Biggs | Review and revise Motion to Dismiss and order granting same; telephone conference with opposing counsel to confer on same; review and revise Joint Defense Agreement; research regarding same. | 2.10 | $315.00 |
| 11/12/13 | R. Cawyer | Analysis of City's Motion to Dismiss. | .20 | $50.00 |
| 11/12/13 | A. Biggs | Attempt to contact regarding research regarding same; review and revise Certificate of Interested Persons to file on behalf of Higgins and Zavala. | .80 | $120.00 |
| 11/12/13 | V. Anderson | Prepare certificate of interested persons for defendants. | .35 | $26.25 |
| 11/13/13 | A. Biggs | Email correspondence with regarding | .05 | $7.50 |

Kelly Hart & Hallman LLP

```
Richard Zavala                                   Dec 23, 2013
Matter # 10189.0101                              Invoice #399633
Darren Foreman                                   Page   3
```

```
11/14/13  A. Biggs        Telephone conference with          .35        $52.50
                              regarding
                                     email correspondence
                          with             regarding same.
11/20/13  A. Biggs        Email correspondence with          .05         $7.50
                              regarding
```

```
                          Total                            15.45     $2,512.50
```

```
    *--------------------------TIME AND FEE SUMMARY---------------------*
    *---------TIMEKEEPER---------*    RATE   HOURS             FEES
    R Cawyer        Partner          250.00   2.40          600.00
    A Biggs         Associate        150.00  12.45         1867.50
    V Anderson      Legal Assistant   75.00    .60           45.00
                         TOTALS              15.45         2512.50
```

Disbursements

        Postage                                   0.23

        Total Disbursements                                       $.23

Total This Invoice                                           $2,512.73


CURRENT AMOUNT DUE                                           $2,512.73


Year to Date Fees:      $.00 Disbursements:      $.00 Total:      $.00

Life to Date Fees:      $.00 Disbursements:      $.00 Total:      $.00

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

January 17, 2014
Invoice #401318

Client # 10189
Matter # 10189.0101
      Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through December 31, 2013

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/02/13 | R. Cawyer | Analysis of plaintiff's second amended complaint and appendix. | .50 | $125.00 |
| 12/02/13 | R. Cawyer | Review and revision to motion to strike amended complaint. | .25 | $62.50 |
| 12/02/13 | A. Biggs | Draft Motion to Strike; research regarding same. | 3.25 | $487.50 |
| 12/02/13 | V. Anderson | Draft motion to strike plaintiff's second amended pleadings; calendar deadline to file answer and motion to dismiss to plaintiff's second amended pleadings; prepare order granting motion to strike. | .65 | $48.75 |
| 12/03/13 | R. Cawyer | Telephone conference with regarding | .10 | $25.00 |
| 12/03/13 | R. Cawyer | Research connected with | .45 | $112.50 |
| 12/03/13 | A. Biggs | Draft Motion to Strike; telephone conference with opposing counsel conferring on same; email correspondence with regarding | 2.55 | $382.50 |

Kelly Hart & Hallman LLP

Richard Zavala                                    Jan 17, 2014
Matter # 10189.0101                               Invoice #401318
Darren Foreman                                    Page   2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/13 | A. Biggs | Review and revise Motion to Strike; email correspondence and telephone conferences with regarding | 2.90 | $435.00 |
| 12/05/13 | A. Biggs | Email correspondence with opposing counsel regarding motion for leave to amend. | .05 | $7.50 |
| 12/10/13 | A. Biggs | Draft Defendants Motion to Dismiss Second Amended Complaint. | 3.35 | $502.50 |
| 12/11/13 | R. Cawyer | Review and revise Defendants Motion to Dismiss Second Amended Complaint. | .20 | $50.00 |
| 12/11/13 | R. Cawyer | Review Court's order granting motion to strike amended complaint. | .05 | $12.50 |
| 12/11/13 | A. Biggs | Draft Motion to Dismiss Plaintiff's Second Amended Compliant; send same to client for review; review Court's order granting Motion to Strike Second Amended Complaint. | 1.55 | $232.50 |
| 12/11/13 | V. Anderson | Prepare order granting motion to dismiss second amended complaint. | .15 | $11.25 |
| 12/12/13 | R. Cawyer | Telephone conference with opposing counsel regarding conference about motion for leave to amend complaint. | .15 | $37.50 |
| 12/12/13 | A. Biggs | Telephone conferences with opposing counsel regarding Motion for Leave to Amend pleading. | .20 | $30.00 |
| 12/13/13 | A. Biggs | Return           phone call. | .05 | $7.50 |
| 12/17/13 | A. Biggs | Email correspondence with regarding | .10 | $15.00 |
| | | review same. | | |
| 12/19/13 | R. Cawyer | Analysis of Plaintiff's motion for leave to amend and third amended complaint. | .05 | $12.50 |
| 12/19/13 | A. Biggs | Email correspondence with Russell Cawyer regarding review opposing counsel's Motion for Leave to Amend. | .60 | $90.00 |
| 12/19/13 | V. Anderson | Prepare draft of defendants motion for attorneys fees, order granting same and declaration; forward all to Paige P. Biggs. | .40 | $30.00 |

Kelly Hart & Hallman LLP

Richard Zavala                                          Jan 17, 2014
Matter # 10189.0101                                     Invoice #401318
Darren Foreman                                          Page   3


12/26/13  R. Cawyer      Analysis of plaintiff's amended          .05        $12.50
                         certificate of conference.

                         Total                                  17.60     $2,730.00


```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE   HOURS              FEES
R Cawyer        Partner         250.00    1.80          450.00
A Biggs         Associate       150.00   14.60         2190.00
V Anderson      Legal Assistant  75.00    1.20           90.00
                    TOTALS                17.60         2730.00
```

Disbursements


Total This Invoice                                               $2,730.00


CURRENT AMOUNT DUE                                               $2,730.00


Year to Date Fees:        $.00 Disbursements:       $.00 Total:      $.00

Life to Date Fees:   $2,512.50 Disbursements:       $.23 Total: $2,512.73

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

February 19, 2014
Invoice #403123

Client # 10189
Matter # 10189.0101
        Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through January 31, 2014

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/14 | A. Biggs | Draft Motion for Sanctions. | 1.95 | $292.50 |
| 01/14/14 | A. Biggs | Review Courtǽs orders regarding motions to dismiss and Plaintiffǽs Motion for Leave to Amend; draft Motion for Sanctions. | .55 | $82.50 |
| 01/15/14 | A. Biggs | Draft Motion for Sanctions and Brief in Support. | 3.15 | $472.50 |
| 01/16/14 | R. Cawyer | Review and revise motion for award of attorneys fees and affidavit in support of same. | .50 | $125.00 |
| 01/16/14 | A. Biggs | Review and revise Motion for Attorneysǽ Fees and supporting declaration. | 3.35 | $502.50 |
| 01/16/14 | V. Anderson | Calculate attorney fees and number of hours billed; revise declaration and defendant's motion for sanctions. | 1.10 | $82.50 |
| 01/21/14 | A. Biggs | Review and revise declaration of Russell Cawyer in support of Motion for Attorneysǽ Fees. | .30 | $45.00 |
| 01/30/14 | A. Biggs | Review and revise Motion for Attorneysǽ Fees; email correspondence with opposing counsel to confer on same; draft email correspondence to                              review | .65 | $97.50 |

Kelly Hart & Hallman LLP

Richard Zavala                                    Feb 19, 2014
Matter # 10189.0101                               Invoice #403123
Darren Foreman                                    Page   2


                    email correspondence received from

                        telephone conference with
                    opposing counsel regarding filing
                    of amended petition; review
                    Plaintiff's amended petition and
                    attachments filed with the Court.

                    Total                              11.55    $1,700.00


    *-------------------------TIME AND FEE SUMMARY---------------------*
    *---------TIMEKEEPER---------*    RATE   HOURS           FEES
    R Cawyer        Partner        250.00    .50        125.00
    A Biggs         Associate      150.00   9.95       1492.50
    V Anderson      Legal Assistant 75.00   1.10         82.50
                    TOTALS                 11.55       1700.00


Disbursements


Total This Invoice                                              $1,700.00


CURRENT AMOUNT DUE                                              $1,700.00


Year to Date Fees:     $2,730.00 Disbursements:      $.00 Total:   $2,730.00

Life to Date Fees:     $5,242.50 Disbursements:      $.23 Total:   $5,242.73

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

March 12, 2014
Invoice #404816

Client # 10189
Matter # 10189.0100
        COLLECTIGN MATTER - Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through February 28, 2014

| Date | Timekeeper | Description | Hours | Fees |
|---|---|---|---|---|
| 02/04/14 | A. Biggs | Email correspondence with client regarding | 2.20 | $330.00 |
| | | review and revise same for filing. | | |
| 02/25/14 | A. Biggs | Review Plaintiff&s Motion for Leave to Extend Time to Respond to Motion for Attorneys& Fees; review proposed order submitted by Plaintiff granting same. | .10 | $15.00 |
| | | Total | 2.30 | $345.00 |

```
*------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*   RATE  HOURS            FEES
A Biggs          Associate     150.00   2.30         345.00
                 TOTALS                 2.30         345.00
```

Disbursements

Total This Invoice                                              $345.00

Kelly Hart & Hallman LLP

Richard Zavala                                          Mar 12, 2014
Matter # 10189.0100                                     Invoice #404816
COLLECTIGN MATTER - Darren Foreman                      Page   2


CURRENT AMOUNT DUE                                                      $345.00


Year to Date Fees:        $.00 Disbursements:      $.00 Total:      $.00

Life to Date Fees:        $.00 Disbursements:      $.00 Total:      $.00

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

April 17, 2014
Invoice #408063

Client # 10189
Matter # 10189.0101
        Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through March 31, 2014

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 03/04/14 | R. Cawyer | Analysis of plaintiff's response to motion for attorney's fees. | .40 | $100.00 |
| 03/04/14 | A. Biggs | Review Plaintiff's Response to Defendants' Motion for Attorneys' Fees; draft Reply to same. | .40 | $60.00 |
| 03/04/14 | V. Anderson | Calendar deadline to file reply to plaintiff's response to motion for attorney fees. | .10 | $7.50 |
| 03/05/14 | A. Biggs | Research regarding | 1.15 | $172.50 |
| 03/06/14 | A. Biggs | Draft Reply to Defendant's Response to Motion for Attorneys' Fees. | 2.05 | $307.50 |
| 03/07/14 | R. Cawyer | Review and revision to Defendants' Reply to Plaintiff's Response to Motion for Attorney's Fees. | .20 | $50.00 |
| 03/07/14 | A. Biggs | Review and revise Reply to Defendants' Response to Motion for Attorneys' Fees. | .40 | $60.00 |
| 03/10/14 | A. Biggs | Review and revise Reply to Plaintiff's Response to Motion for Attorneys' Fees. | .95 | $142.50 |
| 03/17/14 | R. Cawyer | Revisions to reply to response to motion for attorney's fees. | .15 | $37.50 |

Kelly Hart & Hallman LLP

Richard Zavala
Matter # 10189.0101
Darren Foreman

Apr 17, 2014
Invoice #408063
Page   2

| | | | | |
|---|---|---|---|---|
| 03/17/14 A. Biggs | Review and revise Reply to Response to Motion for Attorneys' Fees in preparation for filing. | .30 | $45.00 |
| | Total | 6.10 | $982.50 |

```
*-----------------------------TIME AND FEE SUMMARY----------------------*
*---------TIMEKEEPER---------*   RATE   HOURS              FEES
 R Cawyer        Partner        250.00    .75      187.50
 A Biggs         Associate      150.00   5.25      787.50
 V Anderson      Legal Assistant 75.00    .10        7.50
                     TOTALS              6.10      982.50
```

Disbursements

Total This Invoice                                                    $982.50

CURRENT AMOUNT DUE                                                    $982.50

Year to Date Fees:    $4,430.00 Disbursements:    $.00 Total:   $4,430.00

Life to Date Fees:    $6,942.50 Disbursements:    $.23 Total:   $6,942.73

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

June 19, 2014
Invoice #411534

Client # 10189
Matter # 10189.0100
      Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through May 31, 2014

| | | | | |
|---|---|---|---|---|
| 05/29/14 | A. Biggs | Review email correspondence regarding opposing counsel's desire to add Zavala in as an individual defendant; review proposed amended pleading. | .20 | $30.00 |
| 05/30/14 | R. Cawyer | Analysis of Plaintiff's Motion for Leave to File Third Amended Complaint and Amended Complaint. | .60 | $150.00 |
| | | Total | .80 | $180.00 |

```
*------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*   RATE  HOURS          FEES
R Cawyer       Partner          250.00   .60        150.00
A Biggs        Associate        150.00   .20         30.00
                       TOTALS            .80        180.00
```

Disbursements

Total This Invoice                                          $180.00

CURRENT AMOUNT DUE                                          $180.00

Kelly Hart & Hallman LLP

Richard Zavala                                          Jun 19, 2014
Matter # 10189.0100                                     Invoice #411534
Darren Foreman                                          Page   2


Year to Date Fees:      $345.00 Disbursements:       $.00 Total:      $345.00

Life to Date Fees:      $345.00 Disbursements:       $.00 Total:      $345.00

```
                    Kelly Hart & Hallman LLP
                     201 Main, Suite 2500
                    Fort Worth, TX  76102
                        (817) 332-2500
                   Taxpayer ID# 20-3856550


                                        July 31, 2014
                                        Invoice #413974
```

Client # 10189
Matter # 10189.0100
    Darren Foreman


WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage


Legal services rendered through June 30, 2014

| | | | | |
|---|---|---|---|---|
| 06/30/14 R. Cawyer | Analysis of Ann Mendez's opposition to motion for leave to amend. | | .10 | $25.00 |
| | Total | | .10 | $25.00 |


```
   *-------------------------TIME AND FEE SUMMARY---------------------*
   *----------TIMEKEEPER---------*   RATE   HOURS              FEES
   R Cawyer        Partner         250.00    .10          25.00
                                 TOTALS      .10          25.00
```

Disbursements


Total This Invoice                                                    $25.00


CURRENT AMOUNT DUE                                                    $25.00


| | | | | | | |
|---|---|---|---|---|---|---|
| Year to Date Fees: | $525.00 | Disbursements: | $.00 | Total: | $525.00 |
| Life to Date Fees: | $525.00 | Disbursements: | $.00 | Total: | $525.00 |

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

September 22, 2014
Invoice #417598

Client # 10189
Matter # 10189.0100
        Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through August 31, 2014

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/05/14 | R. Cawyer | Telephone conference with regarding | .20 | $50.00 |
| 08/05/14 | R. Cawyer | Telephone conference with opposing counsel regarding potential opposition to motion for leave to amend complaint; telephone conference with regarding same. | .40 | $100.00 |
| 08/12/14 | R. Cawyer | Telephone conference with Sheri Cotton regarding plaintiff's motion for leave to amend. | .30 | $75.00 |
| 08/12/14 | A. Biggs | Review Plaintiff's Motion to ReFile Third Amended Complaint; inter-office conference with Russell Cawyer regarding same. | .60 | $90.00 |
| 08/12/14 | V. Anderson | Review notice from the court; calendar deadline to file response to plaintiff's motion to file third amended complaint. | .20 | $15.00 |
| 08/13/14 | R. Cawyer | Analysis of Foreman's third amended complaint. | 1.60 | $400.00 |
| 08/13/14 | R. Cawyer | Second telephone conference with Sheri Cotton regarding dismissal of client from suit. | .30 | $75.00 |

Kelly Hart & Hallman LLP

Richard Zavala                                          Sep 22, 2014
Matter # 10189.0100                                     Invoice #417598
Darren Foreman                                          Page   2


| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/13/14 | R. Cawyer | Telephone conference with Sheri Cotton regarding amendment of pleading. | .70 | $175.00 |
| 08/13/14 | A. Biggs | Review Amended Motion to File Third Amended Complaint; review correspondence with opposing counsel regarding same. | .30 | $45.00 |
| 08/14/14 | A. Biggs | Research regarding | .90 | $135.00 |
| 08/14/14 | V. Anderson | Draft defendant's response to plaintiff's motion for leave to file third amended petition. | 1.10 | $82.50 |
| 08/18/14 | A. Biggs | Draft Zavala&s Response and Objection to Plaintiff&s Motion to Refile Third Amended Complaint. | 5.30 | $795.00 |
| 08/18/14 | V. Anderson | Revise defendant's objection and response to plaintiff's motion for leave. | .30 | $22.50 |
| | | Total | 12.20 | $2,060.00 |

```
*------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS          FEES
 R Cawyer        Partner        250.00    3.50        875.00
 A Biggs         Associate      150.00    7.10       1065.00
 V Anderson      Legal Assistant 75.00    1.60        120.00
                 TOTALS                   12.20       2060.00
```

Disbursements

    Long Distance                                    2.00

        Total Disbursements                                    $2.00

Total This Invoice                                             $2,062.00


CURRENT AMOUNT DUE                                             $2,062.00


Year to Date Fees:     $550.00 Disbursements:     $.00 Total:    $550.00

Life to Date Fees:     $550.00 Disbursements:     $.00 Total:    $550.00

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

October 10, 2014
Invoice #419021

Client # 10189
Matter # 10189.0100
        Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through September 30, 2014

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 09/02/14 | A. Biggs | Review/revise Zavala's Objection and Response to Plaintiff's Motion to Re-file Third Amended Complaint. | .70 | $105.00 |
| 09/03/14 | A. Biggs | Review Court's order unfiling Plaintiff's Motion for Leave to Refile Third Amended Complaint and unfiling Defendant's Objection to same. | .20 | $30.00 |
| 09/10/14 | R. Cawyer | Analysis of plaintiff's motion for leave to file third amended complaint. | .30 | $75.00 |
| 09/10/14 | A. Biggs | Review Plaintiff's Amended Motion to Refile Third Amended Complaint. | .20 | $30.00 |
| 09/24/14 | A. Biggs | Review Plaintiff's Corrected Motion to Refile Plaintiff's Third Amended Complaint; draft Zavala's Objection and Response to same. | 1.90 | $285.00 |
| 09/25/14 | A. Biggs | Draft Response to Plaintiff's Corrected Amended Motion to Refile Third Amended Complaint. | 1.40 | $210.00 |
| | | Total | 4.70 | $735.00 |

Kelly Hart & Hallman LLP

Richard Zavala                                    Oct 10, 2014
Matter # 10189.0100                               Invoice #419021
Darren Foreman                                    Page    2


```
 *--------------------------TIME AND FEE SUMMARY--------------------*
 *---------TIMEKEEPER---------*   RATE  HOURS          FEES
 R Cawyer       Partner         250.00   .30       75.00
 A Biggs        Associate       150.00  4.40      660.00
                        TOTALS           4.70      735.00
```

Disbursements


Total This Invoice                                                $735.00


CURRENT AMOUNT DUE                                                $735.00


Year to Date Fees:     $2,610.00 Disbursements:     $2.00 Total:   $2,612.00

Life to Date Fees:     $2,610.00 Disbursements:     $2.00 Total:   $2,612.00

```
                    Kelly Hart & Hallman LLP
                     201 Main, Suite 2500
                     Fort Worth, TX  76102
                        (817) 332-2500
                     Taxpayer ID# 20-3856550
```

November 12, 2014
Invoice #420723

Client # 10189
Matter # 10189.0100
       Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through October 31, 2014

| Date | Timekeeper | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 10/03/14 | R. Cawyer | Review plaintiff's motion for extension of time to respond. | .10 | $25.00 |
| 10/20/14 | A. Biggs | Review Plaintiff's reply to Zavala's Objection to Motion to File Third Amended Complaint. | .20 | $30.00 |
| 10/21/14 | R. Cawyer | Analysis of plaintiff's reply to response to motion to amend complaint. | .10 | $25.00 |
| | | Total | .40 | $80.00 |

```
 *-------------------------TIME AND FEE SUMMARY---------------------*
 *----------TIMEKEEPER---------*  RATE  HOURS          FEES
 R Cawyer        Partner        250.00   .20        50.00
 A Biggs         Associate      150.00   .20        30.00
                        TOTALS           .40        80.00
```

Disbursements

Total This Invoice                                          $80.00

CURRENT AMOUNT DUE                                          $80.00

Kelly Hart & Hallman LLP

Richard Zavala                                      Nov 12, 2014
Matter # 10189.0100                                 Invoice #420723
Darren Foreman                                      Page    2


Year to Date Fees:      $3,345.00 Disbursements:      $2.00 Total:      $3,347.00

Life to Date Fees:      $3,345.00 Disbursements:      $2.00 Total:      $3,347.00

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

December 12, 2014
Invoice #423085

Client # 10189
Matter # 10189.0100
        Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through November 30, 2014

| | | | | |
|---|---|---|---|---|
| 11/26/14  A. Biggs | Email correspondence with Russell Cawyer regarding | | .10 | $15.00 |
| 11/26/14  A. Biggs | Review Court orders regarding Plaintiff's Motion for Leave to File Amended Complaint. | | .30 | $45.00 |
| | Total | | .40 | $60.00 |

```
*------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*   RATE   HOURS              FEES
 A Biggs         Associate      150.00    .40        60.00
                          TOTALS          .40        60.00
```

Disbursements

Total This Invoice                                                    $60.00

CURRENT AMOUNT DUE                                                    $60.00

Kelly Hart & Hallman LLP

Richard Zavala                                          Dec 12, 2014
Matter # 10189.0100                                     Invoice #423085
Darren Foreman                                          Page    2


Year to Date Fees:      $3,425.00 Disbursements:      $2.00 Total:      $3,427.00

Life to Date Fees:      $3,425.00 Disbursements:      $2.00 Total:      $3,427.00

```
              Kelly Hart & Hallman LLP
               201 Main, Suite 2500
               Fort Worth, TX  76102
                  (817) 332-2500
              Taxpayer ID# 20-3856550
```

January 29, 2015
Invoice #425651

Client # 10189
Matter # 10189.0100
       Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through December 31, 2014

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/14 | R. Cawyer | Drafting defendant Zavala's motion to dismiss third amended complaint. | .50 | $125.00 |
| 12/01/14 | E. Kuenzi | Analysis of third amended complaint and response to plaintiff's amended corrected motion to refile third amended complaint. | .80 | $120.00 |
| 12/01/14 | A. Biggs | Inter-office conference with Ezra Kuenzi regarding | .40 | $60.00 |
| 12/02/14 | R. Cawyer | Drafting motion to dismiss third amended complaint. | 1.90 | $475.00 |
| 12/02/14 | E. Kuenzi | Research | 6.30 | $945.00 |
| | | research | | |
| | | prepare Motion to Dismiss. | | |
| 12/03/14 | R. Cawyer | Continued drafting defendant's motion to dismiss. | .20 | $50.00 |
| 12/03/14 | J. Perry | Assist with Motion to Dismiss Third Amended Complaint. | .30 | $22.50 |
| 12/04/14 | R. Cawyer | Drafting defendant's motion to dismiss third amended complaint. | 2.40 | $600.00 |
| 12/04/14 | E. Kuenzi | Prepare Motion to Dismiss. | 3.80 | $570.00 |

Kelly Hart & Hallman LLP

Richard Zavala                                    Jan 29, 2015
Matter # 10189.0100                               Invoice #425651
Darren Foreman                                    Page   2


| | | | | |
|---|---|---|---|---|
| 12/05/14 | R. Cawyer | Revisions to motion to dismiss third amended complaint. | 1.00 | $250.00 |
| 12/05/14 | E. Kuenzi | Continue preparing Motion to Dismiss. | 2.80 | $420.00 |
| 12/08/14 | E. Kuenzi | Continue Preparing Motion to Dismiss. | 3.10 | $465.00 |
| 12/09/14 | R. Cawyer | Revising draft of motion to dismiss third amended complaint. | .60 | $150.00 |
| 12/09/14 | E. Kuenzi | Revise Motion to Dismiss; communication regarding | 2.10 | $315.00 |
| 12/09/14 | J. Perry | Assist with preparation of Motion to Dismiss. | .30 | $22.50 |
| 12/19/14 | R. Cawyer | Matters connected with dismissal motion for third amended complaint. | .30 | $75.00 |
| | | Total | 26.80 | $4,665.00 |


```
    *-------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*   RATE  HOURS             FEES
    R Cawyer        Partner        250.00   6.90          1725.00
    E Kuenzi        Associate      150.00  18.90          2835.00
    A Biggs         Associate      150.00    .40            60.00
    J Perry         Legal Assistant 75.00    .60            45.00
                    TOTALS                  26.80          4665.00
```

Disbursements

        Delivery of Documents                      1.68

        Total Disbursements                                    $1.68

Total This Invoice                                            $4,666.68


CURRENT AMOUNT DUE                                            $4,666.68


Year to Date Fees:        $.00 Disbursements:     $.00 Total:       $.00

Life to Date Fees:   $3,485.00 Disbursements:    $2.00 Total:  $3,487.00

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

February 27, 2015
Invoice #427708

Client # 10189
Matter # 10189.0100
        Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through January 31, 2015

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/27/15 | R. Cawyer | Analysis of Plaintiff's Response to Zavala's Motion to Dismiss. | .10 | $25.00 |
| 01/27/15 | E. Kuenzi | Analysis of Plaintiff's Response to the Individual Defendants' Motion to Dismiss. Analysis of case law cited in Response brief. Research | 2.80 | $448.00 |
| 01/28/15 | E. Kuenzi | Prepare Reply to Response to Individual Defendants Motions to Dismiss. | 8.40 | $1,344.00 |
| | | Total | 11.30 | $1,817.00 |

```
*------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE  HOURS           FEES
R Cawyer         Partner        250.00    .10          25.00
E Kuenzi         Associate      160.00  11.20        1792.00
                 TOTALS                  11.30        1817.00
```

Disbursements

Kelly Hart & Hallman LLP

Richard Zavala                                    Feb 27, 2015
Matter # 10189.0100                               Invoice #427708
Darren Foreman                                    Page   2


Total This Invoice                                                $1,817.00


CURRENT AMOUNT DUE                                                $1,817.00


Year to Date Fees:      $4,665.00 Disbursements:      $1.68 Total:    $4,666.68

Life to Date Fees:      $8,150.00 Disbursements:      $3.68 Total:    $8,153.68

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

March 20, 2015
Invoice #428623

Client # 10189
Matter # 10189.0100
        Darren Foreman

WILL NOT PAY: meals except when traveling, must
have copy of travel expense, no ordinary postage

Legal services rendered through February 28, 2015

| | | | | |
|---|---|---|---|---|
| 02/02/15 | E. Kuenzi | Prepare Reply to Plaintiff's Response to Zavala's Motion to Dismiss Plaintiff's Third Amended Complaint. | 3.20 | $480.00 |
| 02/09/15 | R. Cawyer | Review and revise reply brief. | .10 | $25.00 |
| 02/09/15 | R. Cawyer | Analysis of Buckley's objections to plaintiff's submission of affidavits. | .10 | $25.00 |
| 02/09/15 | R. Cawyer | Analysis of City's Reply to Response to Motion to Dismiss; | .20 | $50.00 |
| 02/09/15 | E. Kuenzi | Analysis of declarations of former employees attached as evidence in support of Plaintiff's response brief.  Prepare Motion to Strike and Objections to Submission of Evidentiary Declarations in 12(b)(6) Motion Proceeding. Revise Reply to Plaintiff's Response to Zavala's Motion to Dismiss Plaintiff's Third Amended Complaint. | 1.90 | $285.00 |
| 02/25/15 | E. Kuenzi | Analysis of Plaintiff's Response to Defendants Motions to Strike Exhibits; research case law regarding | 2.80 | $420.00 |

Kelly Hart & Hallman LLP

Richard Zavala                                    Mar 20, 2015
Matter # 10189.0100                               Invoice #428623
Darren Foreman                                    Page   2


research

Prepare
reply brief.

Total                                    8.30      $1,285.00


```
*--------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER---------*    RATE   HOURS              FEES
R Cawyer          Partner        250.00    .40          100.00
E Kuenzi          Associate      150.00   7.90         1185.00
                       TOTALS             8.30         1285.00
```

Disbursements


Total This Invoice                                          $1,285.00


CURRENT AMOUNT DUE                                          $1,285.00


Year to Date Fees:     $6,482.00 Disbursements:    $1.68 Total:   $6,483.68

Life to Date Fees:     $9,967.00 Disbursements:    $3.68 Total:   $9,970.68

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth, TX  76102
(817) 332-2500
Taxpayer ID# 20-3856550

April 24, 2015
Invoice #431161

Client # 10189
Matter # 10189.0100
        Darren Foreman

Legal services rendered through March 31, 2015

| | | | | |
|---|---|---|---|---|
| 03/02/15 | E. Kuenzi | Prepare Zavala's Reply to Plaintiff's Response to Defendants' Motions to Strike Exhibits. | 1.40 | $210.00 |
| 03/04/15 | E. Kuenzi | Prepare Reply to Plaintiff's Response to Defendants' Motions to Strike Exhibits. | 4.60 | $690.00 |
| 03/04/15 | E. Kuenzi | Research | 2.70 | $405.00 |

research

| | | | | |
|---|---|---|---|---|
| 03/11/15 | E. Kuenzi | Prepare revisions to Reply to Response to Motion to Strike Exhibits; communication regarding | .30 | $45.00 |
| | | Total | 9.00 | $1,350.00 |

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS            FEES
E Kuenzi          Associate      150.00   9.00         1350.00
                              TOTALS      9.00         1350.00
```

Disbursements

        Delivery of Documents                          1.73

Kelly Hart & Hallman LLP

Richard Zavala
Matter # 10189.0100
Darren Foreman

Apr 24, 2015
Invoice #431161
Page   2


         Total Disbursements                                                    $1.73

Total This Invoice                                                          $1,351.73

TOTAL AMOUNT DUE                                                            $1,351.73